**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Qesmat Din Zafran,

Plaintiff,

v.

Steven G. Rice, *Field Office Director, U.S. Citizenship and Immigration Services, Minneapolis Field Office;* Joseph B. Edlow, *Director, U.S. Citizenship and Immigration Serv*ices; and Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*,

Defendants.

Civil No. 26-3432 (DWF/DLM)

**ORDER FOR DISMISSAL WITHOUT PREJUDICE**

Based upon the Notice of Voluntary Dismissal filed by the Plaintiff on September 18, 2026, (Doc. No. [12]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: September 18, 2026

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge